## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ABDOU KOUDOS ADISSA** | : | **No. 15-544** |
| | : | |

## ORDER

AND NOW, this ⸺ day of December, 2020, upon consideration of Defendant's *pro se*

Motion to Dismiss the Indictment (Doc. No. 102) and the Government's Response in Opposition to

the Motion (Doc. No. 108), it is **ORDERED** that Defendant's Motion (Doc. No. 102) is **DENIED**.

BY THE COURT:

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1